# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE EDWARD BEJARAN, | NO. 1:09-cv-00478-AWI-YNS-SMS (PC) |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| DERRAL ADAMS, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983  Plaintiff filed this action on March 3, 2008.  The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Junious, Berna, Gomez and John Doe Intake Sergeant for violation of the Eighth Amendment.[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        M. JUNIOUS

        GOMEZ

        BERNA

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's Fourteenth Amendmen claim be dismissed for failure to state a claim, and the remaining Defendants be dismissed.

1

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed September 2, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three copies of the endorsed first amended complaint filed September 2, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   December 14, 2009**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE