**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE EDWARD BEJARAN, ) | 1:09 cv 00478 AWY YNP SMS (PC) |
| ) | |
| Plaintiff, ) | ORDER RE: FINDINGS & RECOMMENDATIONS |
| ) | |
| v. ) | ORDER DISMISSING CLAIMS |
| ) | |
| DERRAL ADAMS, et al., ) | Document # *16* |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 15, 2009, findings and recommendations were entered, recommending dismissal of Defendants Adams, Machenro, Rodriguez, Silva, Lopez-Espinosa, Briggs, Rangel, CDCR and Corcoran State Prison be dismissed. The court also recommended dismissal of Plaintiff's Fourteenth Amendment claim. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on December 15, 2009, are adopted in full; and

2. Defendants Adams, Machenro, Rodriguez, Silva, Lopez-Espinosa, Briggs, Rangel, CDCR and Corcoran State Prison are dismissed, and Plaintiff's Fourteenth Amendment claim is dismissed.

IT IS SO ORDERED.

**Dated:    January 26, 2010**              /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE