# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE EDWARD BEJARAN,<br><br>    Plaintiff,<br><br>    v.<br><br>M. JUNIOUS, et al.,<br><br>    Defendants. | CASE NO. 1:09-cv-00478-AWI-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(Docs. #20 & #33) |

Plaintiff Jesse Edward Bejaran ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 30, 2010, the Magistrate Judge issued a Findings and Recommendations which recommended that Plaintiff's motion for a temporary restraining order be denied. (Doc. #33.) The Findings and Recommendations were served on all parties and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date on which the Findings and Recommendations were served. Neither party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, the Court HEREBY ORDERS that:

1. The July 30, 2010 Findings and Recommendations are ADOPTED in full; and
2. Plaintiff's December 21, 2009 motion for a temporary restraining order is DENIED.

IT IS SO ORDERED.

Dated:   September 20, 2010

CHIEF UNITED STATES DISTRICT JUDGE